# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2015

## NO. 03-14-00534-CV

**Dan Levin, Appellant**

**v.**

**Eduardo S. Espinosa, in his Capacity as Receiver of Retirement Value, LLC, Appellee**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR**
**JUSTICE FIELD JOINING MAJORITY AND CONCURRING WITH OPINION**
**JUSTICE PEMBERTON JOINING MAJORITY AND CONCURRENCE**

This is an appeal from the judgment signed by the trial court on May 28, 2014. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.